**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Xavier Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br><br>    Defendant. | CASE NO.  12-CR-250 - KJM<br><br>STIPULATION AND ORDER CONTINUING DATE FOR POSTING OF PROPERTY BOND |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, XAVIER JOHNSON, that the due date for posting of the property bond ordered as part of Mr. Johnson's pretrial release be continued from September 5, 2012 to September 19, 2012.  Good cause for the continuance exists as the owner of the property in question was hospitalized for the two weeks following my client's release and the defendant, Xavier Johnson has been and will be in Georgia until September 10, 2012.  At the time of release, both the court and pretrial services were apprised of the defendant's Georgia trip.  Pretrial Services is informed of the need for this request and has no opposition to the request for more time to post the property bond.

Dated: September 5, 2012                                        Respectfully submitted.


                                                                 /s/ Kyle R. Knapp
                                                                Kyle R. Knapp
                                                                Attorney for Defendant, Xavier Johnson

1 | Dated: September 5, 2012                                    Respectfully submitted.

2 |                                                                    /s/ Matthew Morris
  |                                                             Matthew Morris
3 |                                                             Assistant U.S. Attorney
  |                                                             Attorney for Plaintiff
4
                                         ORDER
5
       GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the due date for the
6
required property bond be continued to September 19, 2012.
7

8

9
Dated: September 6, 2012
10

11

12
                              /s/ Gregory G. Hollows
13
                         UNITED STATES MAGISTRATE JUDGE
14