KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12-cr-00250-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| | ) | |
| XAVIER JOHNSON, | ) | Date:  May 15, 2014 |
| KRISTIN M. CALDWELL, | ) | Time:  9:00 am. |
| WILLIAM L. BROWN. | ) | Judge:  Honorable Troy L. Nunley |
| | ) | |
| Defendants. | ) | |
| | ) | |

        IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with

Kelly Babineau, attorney for defendant Kristin Caldwell; William Dubois, attorney for

defendant William L. Brown and Kyle Knapp, attorney for defendant Xavier Johnson that the

previously-scheduled status conference, currently set for March 27, 2014, be vacated and that

the matter be set for status conference on May 15, 201 at 9:30 a.m.

        Counsel have conferred and this continuance is requested to allow defense counsel

additional time to finalize review of the discovery, met again with our clients, investigate

1

1  possible defenses and to continue exploring the facts of the case.  In addition, there are plea

2  agreements forthcoming which will have to be triaged with our respective clients.

3          IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a

4  continuance outweigh the best interests of the public and the defendant in a speedy trial and that

5  time within which the trial of this case must be commenced under the Speedy Trial Act should

6  therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code

7  T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, March

8  25, 2014 up to and including May 15, 2014.

9  IT IS SO STIPULATED.

10 Dated:  March  25, 2015                        BENJAMIN B. WAGNER
                                                 UNITED STATES ATTORNEY
11

12                                    by:        /s/ Matthew Morris
                                                 MATTHEW MORRIS
13                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
14

15 Dated:  March 25, 2014                        /s/ Kelly Babineau
                                                 KELLY BABINEAU
16                                               Attorney for Defendant
                                                 Kristin Caldwell
17

18 Dated:  March 25, 2014                        /s/ William Dubois
                                                 WILLIAM DUBOIS
19                                               Attorney for Defendant
                                                 WILLIAM L. BROWN
20

21 Dated:  March 25, 2013                        /s/ Kyle R. Knapp
                                                 KYLE KNAPP
22                                               Attorney for Defendant
                                                 XAVIER JOHNSON
23

24

25

26

27

28

1

2

**ORDER**

3
The Stipulation of the parties is hereby accepted and the requested continuance is

4
GRANTED.  This matter shall be dropped from this court's March 27, 2014 criminal calendar

5
and re-calendared for status conference on May 15, 2014.

6
Based on the representations of the parties the court finds that the ends of justice served

7
by granting this continuance outweigh the interests of the public and the defendant in a speedy

8
trial.  Time is excluded from the time of the filing of this stipulation on March 25, 2104 through

9
and including May 15, 2014.

10
**IT IS SO ORDERED**.

11
Dated: March 27, 2014

12

13

14

15
Troy L. Nunley
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

3