KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br>KRISTIN M. CALDWELL,<br>WILLIAM L. BROWN.<br><br>Defendants. | No. 2:12-cr-00250-TLN<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  June 26, 2014<br>Time:  9:30 am.<br>Judge:  Honorable Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Kelly Babineau, attorney for defendant Kristin Caldwell; William Dubois, attorney for defendant William L. Brown and Kyle Knapp, attorney for defendant Xavier Johnson that the previously-scheduled status conference, currently set for May 15, 2014, be vacated and that the matter be set for status conference on June 26, 2014,  at 9:30 a.m.

Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, met again with our clients, investigate

possible defenses and to continue exploring the facts of the case. In addition, counsel for Mr. Brown is out of the state until May 24, 2014, and counsel for Ms. Caldwell is currently engaged in a trial. It is also anticipated that there will be plea agreements forthcoming which will have to be triaged with our respective clients.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 13, 2014 up to and including June 26, 2014.

IT IS SO STIPULATED.

Dated: May 13, 2014                    BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY

                                       by:   /s/ Matthew Morris
                                             MATTHEW MORRIS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

Dated: May 13, 2014                    /s/ Kelly Babineau
                                       KELLY BABINEAU
                                       Attorney for Defendant
                                       Kristin Caldwell

Dated: May 13, 2014                    /s/ William Dubois
                                       WILLIAM DUBOIS
                                       Attorney for Defendant
                                       WILLIAM L. BROWN

Dated: May 13, 2014                    /s/ Kyle R. Knapp
                                       KYLE KNAPP
                                       Attorney for Defendant
                                       XAVIER JOHNSON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's May 15, 2014 criminal calendar and re-calendared for status conference on June 26, 2014.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on May 13, 2104 through and including June 26, 2014.

**IT IS SO ORDERED**.

Dated: May 14, 2014

_____
Troy L. Nunley
United States District Judge