1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                      IN THE UNITED STATES DISTRICT COURT
9
                         EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:12-CR-250-TLN
12 |                   Plaintiff,       | STIPULATION REGARDING EXCLUDABLE
   |                                    | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |             v.                     | FINDINGS AND ORDER
14 | XAVIER L. JOHNSON,                 | DATE: June 26, 2014
   | KRISTIN M. CALDWELL,               | TIME: 9:30 a.m.
15 | WILLIAM L. BROWN,                  | COURT: Hon. Troy L. Nunley
16 |                   Defendants.      |

17

18                              **STIPULATION**

19    1.    By previous order, this matter was set for status on June 26, 2014.

20    2.    By this stipulation, defendants now move to continue the status conference until August

21 21, 2014, at 9:30 a.m. and to exclude time between June 26, 2014, and August 21, 2014, under Local

22 Code T4.

23    3.    The parties agree and stipulate, and request that the Court find the following:

24         a)    The government has represented that the discovery associated with this case

25 includes several hundred pages and computer forensic review materials. All of this discovery has

26 been either produced directly to counsel and/or made available for inspection and copying.

27         b)    Counsel for defendants desire additional time to review the discovery, discuss

28 proposed resolutions with their clients, and consider pre-trial motions.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND       1
ORDER

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 26, 2014 to August 21, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 24, 2014    BENJAMIN B. WAGNER
            United States Attorney

            /s/ MATTHEW G. MORRIS
            MATTHEW G. MORRIS
            Assistant United States Attorney

Dated:  June 24, 2014    /s/ KYLE KNAPP (auth. 6/24/14)
            KYLE KNAPP
            Counsel for Defendant
            XAVIER JOHNSON

Dated:  June 24, 2014    /s/ KELLY BABINEAU (auth. 6/24/14)
            KELLY BABINEAU
            Counsel for Defendant
            KRISTIN CALDWELL

Dated: June 24, 2014

/s/ WILLIAM DUBOIS (auth. 6/24/14)
WILLIAM DUBOIS
Counsel for Defendant
WILLIAM BROWN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of June, 2014.

Troy L. Nunley
United States District Judge