KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00250-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| XAVIER JOHNSON, KRISTIN M. CALDWELL, WILLIAM L. BROWN. | Date: October 16, 2014<br>Time: 9:30 am.<br>Judge: Honorable Troy L. Nunley |
| Defendants. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Kelly Babineau, attorney for defendant Kristin Caldwell; William Dubois, attorney for defendant William L. Brown and Kyle Knapp, attorney for defendant Xavier Johnson that the previously-scheduled status conference, currently set for August 21, 2014, be vacated and that the matter be set for status conference on October 16, 2014, at 9:30 a.m.

    Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, met again with our clients, investigate

possible defenses and to continue exploring the facts of the case.  It is also anticipated that there will be plea agreements forthcoming which will have to be triaged with our respective clients.

     IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 18, 2014 up to and including October 16, 2014.

IT IS SO STIPULATED.

Dated:  August 18, 2014               BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

                                      by:     /s/ Matthew Morris
                                              MATTHEW MORRIS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

Dated: August 18, 2014                        /s/ Kelly Babineau
                                              KELLY BABINEAU
                                              Attorney for Defendant
                                              Kristin Caldwell

Dated:  August 18, 2014                       /s/ William Dubois
                                              WILLIAM DUBOIS
                                              Attorney for Defendant
                                              WILLIAM L. BROWN

Dated: August 18, 2014                        /s/ Kyle R. Knapp
                                              KYLE KNAPP
                                              Attorney for Defendant
                                              XAVIER JOHNSON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's August 21, 2014 criminal calendar and re-calendared for status conference on October 16, 2014, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on August 18, 2014 through and including October 16, 2014.

**IT IS SO ORDERED**.

Dated: August 20, 2014

Troy L. Nunley
United States District Judge