KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br>KRISTIN M. CALDWELL,<br>WILLIAM L. BROWN.<br><br>　　　Defendants. | No. 12-cr-00250-TLN<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:　January 8, 2015<br>Time:　9:00 am.<br>Judge:　Honorable Troy L. Nunley |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Kelly Babineau, attorney for defendant Kristin Caldwell; William Dubois, attorney for defendant William L. Brown and Kyle Knapp, attorney for defendant, Xavier Johnson, that the previously-scheduled status conference, currently set for October 16, 2014, be vacated and that the matter be set for status conference on January 8, 2015 at 9:30 a.m.

　　　Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, met again with our clients, investigate

possible defenses and to continue exploring the facts of the case. In addition, there are plea agreements forthcoming which will have to be triaged with our respective clients.

     IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, October 16, 2014 up to and including January 8, 2015..

IT IS SO STIPULATED.

Dated: October 14, 2014                 BENJAMIN B. WAGNER
                                           UNITED STATES ATTORNEY

                              by:      /s/ Matthew Morris
                                            MATTHEW MORRIS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Dated:  October 14, 2014                /s/ Kelly Babineau
                                            KELLY BABINEAU
                                            Attorney for Defendant
                                            Kristin Caldwell

Dated:  October 14, 2014                /s/ William Dubois
                                            WILLIAM DUBOIS
                                            Attorney for Defendant
                                            WILLIAM L. BROWN

Dated:  October 14, 2013                /s/ Kyle R. Knapp
                                            KYLE KNAPP
                                            Attorney for Defendant
                                            XAVIER JOHNSON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's October 16, 2014 criminal calendar and re-calendared for status conference on January 8, 2015.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on October 14, 2104 through and including January 8, 2015.

**IT IS SO ORDERED**.

Dated:  October 14, 2014

_____
Troy L. Nunley
United States District Judge