KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br>KRISTIN M. CALDWELL,<br>WILLIAM L. BROWN.<br><br>    Defendants. | No. 2:12-cr-00250-TLN<br><br>STIPULATION AND ORDER<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  March 19, 2015<br>Time:  9:00 am.<br>Judge:  Honorable Troy L. Nunley |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Kelly Babineau, attorney for defendant Kristin Caldwell; William Dubois, attorney for defendant William L. Brown and Kyle Knapp, attorney for defendant, Xavier Johnson, that the previously-scheduled status conference, currently set for January 8, 2015, be vacated and that the matter be set for status conference on March 19, 2015 at 9:30 a.m.

   Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, met again with our clients, investigate

1

possible defenses and to continue exploring the facts of the case. In addition, there are offers and plea agreements forthcoming which will need to be triaged with our respective clients.

  IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 5, 2015 up to and including March 19, 2015.

IT IS SO STIPULATED.

Dated: January 5, 2015            BENJAMIN B. WAGNER
                      UNITED STATES ATTORNEY

                by:    /s/ Matthew Morris
                      MATTHEW MORRIS
                      Assistant U.S. Attorney
                      Attorney for Plaintiff

Dated:  January 5, 2015           /s/ Kelly Babineau
                      KELLY BABINEAU
                      Attorney for Defendant
                      Kristin Caldwell

Dated:  January 5, 2015           /s/ William Dubois
                      WILLIAM DUBOIS
                      Attorney for Defendant
                      WILLIAM L. BROWN

Dated:  January 5, 2015           /s/ Kyle R. Knapp
                      KYLE KNAPP
                      Attorney for Defendant
                      XAVIER JOHNSON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's January 8, 2015 criminal calendar and re-calendared for status conference on March 19, 2015.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on January 5, 2015 through and including March 19, 2015.

**IT IS SO ORDERED**.

Dated:  January 6, 2015

Troy L. Nunley
United States District Judge