KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

XAVIER JOHNSON,
KRISTIN M. CALDWELL,
WILLIAM L. BROWN.

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:12-CR-00250-TLN

STIPULATION AND ORDER
CONTINUING CASE AND EXCLUDING
TIME

Date:   July 16, 2015
Time:  9:00 am.
Judge:  Honorable Troy L. Nunley

_____

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Kelly Babineau, attorney for defendant Kristin Caldwell; William Dubois, attorney for defendant William L. Brown and Kyle Knapp, attorney for defendant Xavier Johnson that the previously-scheduled status conference, currently set for April 30, 2015, be vacated and that the matter be set for status conference on July 16, 2015 at 9:30 a.m.

      Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, met again with our clients, investigate

possible defenses and to continue exploring the facts of the case. In addition, there are anticipated plea agreements which will have to be triaged with our respective clients.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, April 28, 2015, up to and including July 16, 2015.

IT IS SO STIPULATED.

Dated: April 28, 2015                               BENJAMIN B. WAGNER
                                                    UNITED STATES ATTORNEY

                                            by:     /s/ Matthew Morris
                                                    MATTHEW MORRIS
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

Dated:  April 28, 2015                              /s/ Kelly Babineau
                                                    KELLY BABINEAU
                                                    Attorney for Defendant
                                                    Kristin Caldwell

Dated:  April 28, 2015                              /s/ William Dubois
                                                    WILLIAM DUBOIS
                                                    Attorney for Defendant
                                                    WILLIAM L. BROWN

Dated:  April  28, 2015                             /s/ Kyle R. Knapp
                                                    KYLE KNAPP
                                                    Attorney for Defendant
                                                    XAVIER JOHNSON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's April 30, 2015 criminal calendar and re-calendared for status conference on July 16, 2015.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on April 28 2015, through and including July 16, 2015.

**IT IS SO ORDERED**.

Dated: April 28, 2015

Troy L. Nunley
United States District Judge