KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br>KRISTIN M. CALDWELL,<br>WILLIAM L. BROWN.<br><br>    Defendants. | No. 12-CR-00250-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:  February 5, 2016<br>Time:  9:00 am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Kelly Babineau, attorney for defendant Kristin Caldwell; William Dubois, attorney for defendant William L. Brown and Kyle Knapp, attorney for defendant Xavier Johnson that the previously-scheduled status conference, currently set for January 15, 2016, be vacated and that the matter be set for status conference on February 5, 2016 at 9:00 a.m.

    Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, met again with our clients, investigate

1

possible defenses and to continue exploring the facts of the case. In addition, Matthew Morris, the Assistant United States Attorney assigned to this case is currently engaged in a jury trial.

  IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 12, 2016, up to and including February 5, 2016.

IT IS SO STIPULATED.

Dated: January 12, 2016           BENJAMIN B. WAGNER
                   UNITED STATES ATTORNEY

              by:   /s/ Matthew Morris
                  MATTHEW MORRIS
                  Assistant U.S. Attorney
                  Attorney for Plaintiff

Dated: January 12, 2016           /s/ Kelly Babineau
                  KELLY BABINEAU
                  Attorney for Defendant
                  Kristin Caldwell

Dated: January 12, 2016           /s/ William Dubois
                  WILLIAM DUBOIS
                  Attorney for Defendant
                  WILLIAM L. BROWN

Dated: January12, 2016            /s/ Kyle R. Knapp
                  KYLE KNAPP
                  Attorney for Defendant
                  XAVIER JOHNSON

## [PROPOSED] ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's January 15, 2016 criminal calendar and re-calendared for status conference on February 5, 2016.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on January 12, 2016, through and including February 5, 2016.

**IT IS SO ORDERED**.
Dated: January 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge