1  KYLE R. KNAPP (SBN 166597)
   ATTORNEY AT LAW
2  1120 D Street, Suite 100
3  Sacramento, CA. 95814
   Tel. (916) 441-4717
4  Fax (916) 441-4299
   E-Mail:  kyleknapp@sbcglobal.net
5
6  Attorney for Defendant
   XAVIER JOHNSON
7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  No. 12-CR-00250-GEB
                                       )
12          Plaintiff,                 )  STIPULATION AND
                                       )  [PROPOSED] ORDER CONTINUING CASE
13  v.                                 )  AND EXCLUDING TIME
                                       )
14                                     )
    XAVIER JOHNSON,                    )  Date:  August 5, 2016
15  KRISTIN M. CALDWELL,               )  Time:  9:00 am.
    WILLIAM L. BROWN.                  )  Judge:  Honorable Garland E. Burrell, Jr.
16                                     )
                                       )
17          Defendants.                )
                                       )
18

19

20  _____

21          IT IS HEREBY stipulated between the United States of America through its undersigned

22  counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with

23  Kelly Babineau, attorney for defendant Kristin Caldwell; Olaf Hedberg, attorney for defendant

24  William L. Brown and Kyle Knapp, attorney for defendant Xavier Johnson that the previously-

25  scheduled status conference, currently set for August 5, 2016, be vacated and that the matter be

26  set for status conference on August 19, 2016 at 9:00 a.m.

27          Counsel have conferred and this continuance is requested to allow all defense counsel

28  additional time to finalize review of the discovery, met again with our clients, investigate

                                      1

possible defenses. Mr. Hedberg is new to the case and the brief continuance will further his efforts to fully analyze the dynamics of the case.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 2, 2016, up to and including August 19, 2016.

IT IS SO STIPULATED.

Dated: August 2, 2016

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

by:     /s/ Matthew Morris
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  August 2, 2016

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Defendant
Kristin Caldwell

Dated:  Ausgust 2, 2016

/s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Defendant
WILLIAM L. BROWN

Dated: August 2, 2016

/s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
XAVIER JOHNSON

## [PROPOSED] ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's August 5, 2016 criminal calendar and re-calendared for status conference on August 19, 2016.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on August 2, 2016, through and including August 19, 2016.

**IT IS SO ORDERED**.
Dated:  August 2, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3