KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br>KRISTIN M. CALDWELL,<br>WILLIAM L. BROWN.<br><br>     Defendants. | No. 12-CR-00250-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER RE-SETTING TRIAL<br>DATE AND EXCLUDING TIME<br><br>Date:  May 23, 2017<br>Time:  9:00 am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

_____

     IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with

Kelly Babineau, attorney for defendant Kristin Caldwell; Olaf Hedberg, attorney for defendant

William L. Brown and Kyle Knapp, attorney for defendant Xavier Johnson that the previously-

scheduled status conference, currently set for September 9, 2016, be vacated and that the matter

be set for jury trial on May 23, 2017, with a trial confirmation conference set for March 31,

2017 at 9:00am.

Counsel have conferred and this date appears to accommodate all counsel's trial calendars and afford counsel ample time to prepare for trial.  The trial estimate is believed to be between six and eight court days.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 8, 2016, up to and including May 23, 2016.

IT IS SO STIPULATED.

Dated: September 8, 2016                    PHILLIP A. TALBERT
                                            UNITED STATES ATTORNEY

                                    by:     /s/ Matthew Morris_____
                                            MATTHEW MORRIS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Dated:  September 8, 2016                    /s/ Kelly Babineau_____
                                            KELLY BABINEAU
                                            Attorney for Defendant
                                            Kristin Caldwell

Dated:  September 8, 2016                    /s/ Olaf Hedberg_____
                                            OLAF HEDBERG
                                            Attorney for Defendant
                                            WILLIAM L. BROWN

Dated: September 8, 2016                     /s/ Kyle R. Knapp_____
                                            KYLE KNAPP
                                            Attorney for Defendant
                                            XAVIER JOHNSON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's September 9, 2016 criminal calendar and re-set for trial in this department to commence on May 23, 2017 at 9:00am.  A trial confirmation hearing is hereby set for March 31, 2017 at 9:00am.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on September 8, 2016, through and including May 23, 2017.

**IT IS SO ORDERED**.

Dated:  September 8, 2016

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge