UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 13, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

XAVIER L. JOHNSON,

Defendant.

Case No. 2:12-cr-00250-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __XAVIER L. JOHNSON__, Case No. __2:12-cr-00250-GEB__ from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

__X__ (Other): __Continued released under Pretrial Services supervision, with additional conditions imposed.__

Issued at Sacramento, California on October 13, 2016 at __2:52 pm__

By: _____

Magistrate Judge Carolyn K. Delaney