PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER L. JOHNSON, KRISTIN M. CALDWELL, and WILLIAM L. BROWN, <br><br> Defendants. | CASE NO. 2:12-CR-250-GEB <br><br> STIPULATION TO VACATE TRIAL AND ALL TRIAL-RELATED DEADLINES AND TO SET CHANGE OF PLEA HEARINGS; PROPOSED ORDER THEREON <br><br> DATE: May 23, 2017 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. On April 14, 2017, the parties appeared and confirmed for trial to begin May 23, 2017. The parties additionally informed the Court that there were plea offers pending which, if accepted, would result in the parties requesting that the trial date be vacated as to some or all defendants. On that date, defendant CALDWELL also requested that her case be set for further status for anticipated change of plea on April 28, 2017.

2. On April 18, 2017, the parties filed a signed plea agreement as to defendant BROWN. ECF 124. On April 18, 2017, the parties filed a signed plea agreement as to defendant JOHNSON. ECF 125. On April 18, 2017, counsel for defendant CALDWELL informed the government that defendant CALDWELL had agreed to the terms of the plea agreement. However, due to technical limits, the parties will not be able to file a signed copy of the agreement until April 23, 2017.

STIPULATION RE: VACATE TRIAL DATES AND SET
CHANGE OF PLEA HEARINGS

1

1       3.     By this stipulation, the defendants, through counsel, and the United States, through the undersigned Assistant United States Attorneys, now stipulate and agree, and request that the Court:

      a)     Vacate the trial scheduled to commence on May 23, 2017, as to all defendants;

      b)     Vacate all deadlines associated with trial date as to all defendants; and

      c)     Schedule defendants XAVIER L. JOHNSON and WILLIAM L. BROWN for status hearings on April 28, 2017, for intended changes of plea for both defendants, and for arraignment on a superseding information as to defendant WILLIAM L. BROWN.

      4.     Time under the Speedy Trial Act was previously excluded through the planned trial date of May 23, 2017, and no further time exclusions are necessary.

IT IS SO STIPULATED.

Dated: April 18, 2017                              PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ MATTHEW G. MORRIS
                                                MATTHEW G. MORRIS
                                                TIMOTHY DELGADO
                                                Assistant United States Attorneys

Dated: April 18, 2017                              /s/ KYLE KNAPP
                                                KYLE KNAPP
                                                Counsel for Defendant
                                                XAVIER L. JOHNSON

Dated: April 18, 2017                              /s/ KELLY BABINEAU
                                                KELLY BABINEAU
                                                Counsel for Defendant
                                                KRISTIN M. CALDWELL

Dated: April 18, 2017                              /s/ OLAF HEDBERG
                                                OLAF HEDBERG
                                                Counsel for Defendant
                                                WILLIAM L. BROWN

**FINDINGS AND ORDER**

The jury trial scheduled to commence at 9:00 a.m. on May 23, 2017, is vacated. All previously ordered deadlines related to the jury trial scheduled to commence on May 23, 2017, are vacated.

Defendant XAVIER L. JOHNSON is scheduled for a status hearing for anticipated change of plea on April 28, 2017.

Defendant WILLIAM L. BROWN is scheduled for a status hearing, anticipated arraignment on a superseding information, and anticipated change of plea on April 28, 2017.

Dated: April 19, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge