KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br><br>　　　　Defendants. | No. 12-CR-0250-GEB<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED SPECIAL CONDITIONS OF PRETRIAL RELEASE<br><br>Date: n/a<br>Time: n/a<br>Judge: Honorable Carolyn Delaney |

In the matter at bar, Defendant seeks to amend the Court's previously issued Pretrial Release Order issued by the Hon. Carolyn K. Delaney on October 13, 2016.

After consultation with all parties it is respectfully requested that Amended Special Condition Number 3 – the no contact order with Audrena Gilbert be dropped. Ms. Gilbert is pregnant with Mr. Johnson's child.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorneys for plaintiff and Kyle Knapp, attorney for defendant Xavier Johnson; that Amended Special Condition of Release Number three be removed.

All other terms and conditions of release remain in place.

IT IS SO STIPULATED

Dated:  April 28, 2017                                   PHILLIP A. TALBERT
                                                                         UNITED STATES ATTORNEY

                                                        by:      /s/ Matthew Morris
                                                                         MATTHEW MORRIS
                                                                         Assistant U.S. Attorney
                                                                         Attorney for Plaintiff


Dated: April 28, 2017                                         /s/ Kyle R. Knapp
                                                                         KYLE KNAPP
                                                                         Attorney for Defendant
                                                                         XAVIER JOHNSON

**ORDER**

The Stipulation of the parties is hereby accepted and the Amended Special Condition of Release Number 3 – the no association or contact with Audrena Gilbert is hereby removed.

**IT IS SO ORDERED**.

Dated: May 2, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE