KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for XAVIER JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   12-CR-00250 - GEB |
| Plaintiff, | |
| v. | [PROPOSED] STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING |
| XAVIER JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff; Timothy Delgado, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, XAVIER JOHNSON, that the previously scheduled sentencing date of August 4, 2017, be vacated and the matter set for sentencing on September 15, 2017 at 9:00am.

This continuance is requested to allow counsel additional time to provide mitigation materials to probation and to finalize research on several sentencing memorandum issues relevant to the guideline analysis.  I have contacted Mr. Morris, Mr. Delgado and Ms. Morehouse and they have no objection to the continuance.

In light of the above request the following revised sentencing schedule is

requested - Judgement and Sentencing — September 15, 2017; Reply or Statement of Non Opposition to Motion to Correct PSR due September 8, 2017; Motion to Correct PSR due September 1, 2017; Probation Report and Response to Informal Objections due August 25, 2017; and Informal Objections due August 18, 2017.  The draft PSR has been filed.

Dated: June 17, 2017                              Respectfully submitted.

                                                  /s/ Kyle R. Knapp
                                          Kyle R. Knapp
                                          Attorney for Defendant, Xavier Johnson

Dated: June 17, 2017                              Respectfully submitted.

                                                  /s/ Matthew Morris
                                          Matthew Morris
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated: June 17, 2017                              Respectfully submitted.

                                                  /s/ Timothy Delgado
                                          Timothy Delgado
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

IT IS SO ORDERED.

                                                  Dated:  July 20, 2017

                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge