KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for XAVIER JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br><br>　　　　　　Defendant.<br>_____ | CASE NO.　12-CR-00250 - GEB<br><br>[PROPOSED] STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff; Timothy Delgado, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, XAVIER JOHNSON, that the previously scheduled sentencing date of September 15, 2017, be vacated and the matter set for sentencing on October 27, 2017 at 9:00am.

　　　This continuance is requested to allow counsel additional time to provide mitigation materials to probation and to finalize research on several sentencing memorandum issues relevant to the guideline analysis. I have contacted Mr. Morris, and Ms. Morehouse and they have no objection to the continuance.

　　　In light of the above request the following revised sentencing schedule is

requested - Judgement and Sentencing — October 27, 2017; Reply or Statement of Non Opposition to Motion to Correct PSR/Formal Objections due October 20, 2017; the final PSR and formal objections have been filed.

Dated: September 8, 2017                     Respectfully submitted.

                                             /s/ Kyle R. Knapp
                                             Kyle R. Knapp
                                             Attorney for Defendant, Xavier Johnson

Dated: September 8, 2017                     Respectfully submitted.

                                             /s/ Matthew Morris
                                             Matthew Morris
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

Dated: September 8, 2017                     Respectfully submitted.

                                             /s/ Timothy Delgado
                                             Timothy Delgado
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

IT IS SO ORDERED.

Dated: September 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

12-CR-00250-GEB