KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for XAVIER JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00250 - GEB |
| Plaintiff, | |
| v. | [PROPOSED] STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING |
| XAVIER JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff; Timothy Delgado, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, XAVIER JOHNSON, that the previously scheduled sentencing date of October 27, 2017, be vacated and the matter set for sentencing on December 8, 2017 at 9:00am.

This continuance is requested to allow counsel additional time to finalize research on several sentencing memorandum issues relevant to the guideline analysis. In addition, lead counsel for the government is unavailable on the currently set sentencing date. I have contacted Mr. Delgado, and Ms. Morehouse and they have no objection to the continuance.

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing — December 8, 2017; Reply or Statement of Non Opposition to Motion to Correct PSR/Formal Objections due December 1, 2017; the final PSR and formal objections have been filed.

Dated: October 20, 2017        Respectfully submitted.

                                /s/ Kyle R. Knapp
                                Kyle R. Knapp
                                Attorney for Defendant, Xavier Johnson

Dated: October 20, 2017        Respectfully submitted.

                                /s/ Matthew Morris
                                Matthew Morris
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

Dated: October 20, 2017        Respectfully submitted.

                                /s/ Timothy Delgado
                                Timothy Delgado
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  October 24, 2017

                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge