KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for XAVIER JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 12-CR-00250 - GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) [PROPOSED] STIPULATION AND ORDER TO |
|  | ) CONTINUE JUDGEMENT AND SENTENCING |
| XAVIER JOHNSON, | ) |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff; Timothy Delgado, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, XAVIER JOHNSON, that the previously scheduled sentencing date of December 8, 2017, be vacated and the matter set for sentencing on December 15, 2017 at 9:00am.

    This continuance is requested to allow counsel additional time to finalize research on several sentencing memorandum issues relevant to the guideline analysis. I have contacted Mr. Delgado, Mr. Morris and Ms. Morehouse and they have no objection to the continuance.

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing — December 15, 2017; Reply or Statement of Non Opposition to Motion to Correct PSR/Formal Objections due December 8, 2017; the final PSR and formal objections have been filed.

Dated: December 1, 2017          Respectfully submitted.

                         /s/ Kyle R. Knapp
                         Kyle R. Knapp
                         Attorney for Defendant, Xavier Johnson

Dated: December 1, 2017          Respectfully submitted.

                         /s/ Matthew Morris
                         Matthew Morris
                         Assistant U.S. Attorney
                         Attorney for Plaintiff

Dated: December 1, 2017          Respectfully submitted.

                         /s/ Timothy Delgado
                         Timothy Delgado
                         Assistant U.S. Attorney
                         Attorney for Plaintiff

IT IS SO ORDERED.

Dated: December 5, 2017

                         GARLAND E. BURRELL, JR.
                         Senior United States District Judge

12-CR-00250-GEB