MCGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
TIMOTHY H. DELGADO
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00250-GEB |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| XAVIER L. JOHNSON, and KRISTIN M. CALDWELL, | |
| Defendants. | |

WHEREAS, on May 18, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b)(1), based upon the plea agreements entered into between plaintiff and defendants Xavier L. Johnson and Kristin M. Caldwell forfeiting to the United States the following property:

        a. Any DVDs bearing counterfeit marks;
        b. HP Pavilion S/N 5ANGNDAH2ZT2WP;
        c. HP Pavilion S/N 5AAGHD7H2WG13U;
        d. HP Touchsmart printer;
        e. Canon scanner;
        f. Express Label printer number 367CN;
        g. eMachines computer S/N PTNCG02001031049C59600;
        h. ASUS computer S/N 990AAS065130;
        i. HP LaserJet P1102x S/N VNB3Z40639;
        j. eMachines computer S/N PTNCK02001046012D69600;
        k. eMachines computer S/N PTNCK02001046022329600;
        l. SVAT digital storage device S/N 100405242; and
        m. Supersealer Shrink wrap System S/N 18327333.

AND WHEREAS, beginning on May 23, 2017, for at least 30 consecutive days, the United

1

States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 2323(b)(1), to be disposed of according to law, including all right, title, and interests of Xavier L. Johnson and Kristin M. Caldwell.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: January 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge